**Joseph CARTHRON, Appellant,**

v.

**Helen Marie MORRISON; Anne Kathleen Geddings; Becky Carol Reeves; Anita Efird; Damien Darus Roberts, Appellees.**

No. 09–3417.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 28, 2010.

Filed: April 28, 2010.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Former Arkansas inmate Joseph Carthron appeals the district court's [1] dismiss-

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

al of his complaint against employees of the Arkansas Department of Community Correction. Upon de novo review, we conclude that dismissal was proper for the reasons the district court stated. *See Pearson v. Callahan,* — U.S. —, 129 S.Ct. 808, 815–16, 172 L.Ed.2d 565 (2009) (qualified immunity); *Bediako v. Stein Mart, Inc.,* 354 F.3d 835, 839 (8th Cir. 2004) (elements of 42 U.S.C. § 1981 claim); *Jensen v. Henderson,* 315 F.3d 854, 863 (8th Cir.2002) (for valid 42 U.S.C. § 1986 claim, plaintiff must have valid 42 U.S.C. § 1985 claim); *Larson v. Miller,* 76 F.3d 1446, 1454 (8th Cir.1996) (elements of § 1985(3) claim); *FMC Corp. v. Helton,* 360 Ark. 465, 202 S.W.3d 490, 502 (2005) (no Arkansas tort of negligent infliction of emotional distress); *Crockett v. Essex,* 341 Ark. 558, 19 S.W.3d 585, 589 (2000) (elements of Arkansas tort of intentional infliction of emotional distress, also known as outrage). Accordingly, we affirm. *See* 8th Cir. R. 47B.

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.